UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        : Hon. Faith S. Hochberg

            v.                    : Crim. No. 12-400 (FSH)

WINSTON THOMAS                 : CONTINUANCE ORDER

         This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney, appearing), and defendant Winston Thomas (Christopher Patella, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter through and including October 15, 2012, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

         IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

         1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 22nd day of June, 2012,

IT IS ORDERED that this action be, and hereby is, continued through and including October 15, 2012; and it is further

ORDERED that the period from and including June 18, 2012, through and including October 15, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be

revised as follows:

Defense motions: September 7, 2012

Opposition: September 28, 2012

Reply: October 5, 2012

Motions hearing: _to be set_

Trial: _October 9, 2012_

HON. FAITH S. HOCHBERG
United States District Judge

Christopher Patella, Esq.
Counsel for Winston Thomas